**FILED**
June 9, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                            )<br>            Plaintiff,                         )<br>v.                                                     )<br>                                                            )<br>REARTIST RENEE WILLIAMS,    )<br>                                                            )<br>            Defendant.                     ) | CASE NUMBER: 2:11-MJ-0161 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Reartist Renee Williams; Case 2:11-MJ-0161 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__   Release on Personal Recognizance

    __ __     Bail Posted in the Sum of _____

    __ __     Unsecured Appearance Bond in the amount of $

    __ __     Appearance Bond with 10% Deposit

    __ __     Appearance Bond secured by Real Property

    __ __     Corporate Surety Bail Bond

    __X__   (Other) Pretrial Supervision/Conditions.

Issued at   Sacramento, CA   on   6/9/11   at   2:58 PM   .

By   /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge