BENJAMIN WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>COURTNEY LASHAWN WILLIAMS,<br><br>        Defendant. | CR. NO. 11-254-GEB<br><br>MOTION TO CONTINUE SENTENCING HEARING AND PROPOSED ORDER |

HEREBY, plaintiff United States of America moves that (1) the sentencing hearing set for January 27, 2012 be vacated; and (2) this Court schedule the hearing on February 10, 2012 at 9:00 a.m. The undersigned counsel for the United States will be out of the country on the current sentencing date, January 27, 2012.

HEREBY FURTHER, the undersigned counsel for the United States certifies that she has spoken to defense counsel for the above captioned defendant and said counsel has agreed to continue the sentencing hearing for good cause and to ensure effective advocacy on behalf of her client, the above referenced defendant.  The undersigned counsel is further aware that the United States

**MOTION AND (PROPOSED) ORDER**         **1**

Probation Officer assigned to the above referenced matter has no objection to the proposed continuance of the sentencing hearing.

DATED:  1/11/2012

BENJAMIN WAGNER
United States Attorney
By:
      /S/ Michelle Rodriguez

MICHELLE RODRIGUEZ
Assistant U.S. Attorney

\* \* \*

IT IS SO ORDERED.

Dated:  January 11, 2012

GARLAND E. BURRELL, JR.
United States District Judge

**MOTION AND (PROPOSED) ORDER**   2